

Rafi Hasbani, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

July 19, 2019

**<u>Via ECF</u>**
The Honorable Judge Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

> RE:   Queens Florida, LLC v. Deutsche Bank National Trust Company
> Docket No.: 18cv7087
> Request For Mediation

Dear Judge Irizzary,

We represent the Plaintiff Queens Florida, LLC in the above entitled matter. We would like to explore settlement options with the Defendant Deutsche Bank National Trust Company ("Defendant"). As such, Plaintiff respectfully requests that this case be referred to the mediation program.


Respectfully,

*/s/ Rafi Hasbani*

cc:
Via ECF
McGlinchy Stafford, LLP