

**ATTORNEYS AT LAW**

112 West 34th Street, Suite 1515
New York, NY 10120
T (646) 362-4000
F (646) 607-4464

mcglinchey.com

| Alabama | New York |
|---|---|
| California | Ohio |
| Florida | Tennessee |
| Louisiana | Texas |
| Mississippi | Washington, DC |

MITRA PAUL SINGH
Tel (646) 362-4041
Fax (646) 514-9577
msingh@mcglinchey.com

July 24, 2019

Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*VIA ECF*

         **RE:**    **Queens Florida, LLC v. Deutsche Bank National Trust Company**
               **Case No. 18-cv-07087-DLI-JO**

Dear Judge Orenstein:

      This firm represents defendant Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Long beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 ("Defendant") in the above-referenced action. We respectfully submit this letter in response to the request by plaintiff Queens Florida, LLC ("Plaintiff") for mediation (ECF No. 19).

      Defendant has no objection to mediation, however respective counsel for Plaintiff and Defendant have reached an agreement in principle, subject to terms to be memorialized in a settlement and release agreement, to settle the litigation in this case and a related state court action. The settlement agreement is being drafted and should be circulated for review and signatures by next week. It is anticipated that settlement will be completed within the next thirty (30) days.

      Accordingly, it is respectfully requested that any conferences or appearances related to possible mediation be schedule no earlier than August 26, 2019.

      Thank you in advance for your anticipated courtesies. If you any questions, please feel free to contact us. Sincerely,

                                                                                        **McGlinchey Stafford**

                                                                                       Mitra Paul Singh

*cc*:    Rafi Hasbani [via ECF/email]